**Cyrus N. PLUSH, Plaintiff—Appellant,**

v.

**WASHINGTON STATE DEPARTMENT OF CORRECTIONS; et al., Defendants—Appellees.**

No. 02–36034.

D.C. No. CV–02–05280–FDB.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 11, 2003.*

Decided Aug. 19, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM**

Cyrus N. Plush, a Washington state prisoner, appeals pro se the district court's dismissal, pursuant to 28 U.S.C. § 1915, of his 42 U.S.C. § 1983 action alleging defendants denied him access to courts. We dismiss the appeal for lack of jurisdiction.

A timely filed notice of appeal is both mandatory and jurisdictional. *See Browder v. Dir., Dep't of Corrs.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978). The procedures set forth in Fed. R.App. P. 4 are strictly construed, and there is no exception for prisoners proceeding pro se. *Malone v. Avenenti*, 850 F.2d 569, 572 (9th Cir.1988). The district court entered judgment in this case on September 4, 2002, and Plush filed a "Request for Certificate of Appealability," which we construe as a notice of appeal, more than 30 days later, on October 16, 2002. *See* Fed. R.App. P. 4(a)(1). Because this notice of appeal is untimely, *see id.*, we dismiss the appeal for

lack of appellate jurisdiction, *see Malone*, 850 F.2d at 572.

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

